IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYM-MARK, INC., et al., | No. C 05-3191 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER** |
| BLUEBERRY BLVD. LLC, et al., | **PLAINTIFFS' VOLUNTARY DISMISSAL WITH PREJUDICE** |
| Defendant(s). / | **CLERK OF COURT SHALL CLOSE THE FILE** |

On November 11, 2005, Plaintiffs voluntarily dismissed this suit with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1). In accordance with Plaintiffs' request, this action is dismissed with prejudice and the Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: November 14, 2005

MARIA-ELENA JAMES
United States Magistrate Judge